

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>FILIBERTO DELGADILLO-ZUNO (1),<br><br>    Defendant. | CASE NO. 11CR3520-H<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the one count Indictment:

21 USC 952 and 960
_____

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 26, 2011

                _____
                MARILYN L. HUFF
                UNITED STATES DISTRICT JUDGE